UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN L. EDWARDS,

        Plaintiff,

    - against -                                    **JUDGMENT**
                                              11-CV-5348(RRM) (LB)

ELMHURST HOSPITAL CENTER,

        Defendant.
----------------------------------------------------------------X
JOHN L. EDWARDS,

        Plaintiff,

    - against -                                    **JUDGMENT**
                                              11-CV-5349(RRM) (LB)

ELMHURST HOSPITAL CENTER,

        Defendant.
----------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

        An Order of the Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on March 6, 2013, adopting the Report & Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dismissing plaintiff's complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is

        ORDERED and ADJUDGED that plaintiff take nothing from defendants, that the action is dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and that this case is closed.

                                                                       SO ORDERED.

Dated: Brooklyn, New York                                  *Roslynn R. Mauskopf*
           March 6, 2013                                          _____
                                                                     ROSLYNN R. MAUSKOPF

United States District Judge